**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>　　　　Plaintiff,<br><br>BLUE CREEK PROPERTIES, LLC, a California limited liability company et al.<br><br>　　　　Defendants. | Case No. 5:18-cv-00743-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　　Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants BLUE CREEK PROPERTIES, LLC, a California limited liability company; TOM CHAU, an individual, d/b/a MR. CHAU'S CHINESE FAST FOOD (collectively, "Defendants") stipulate through their undersigned counsel that this action be dismissed with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The parties respectfully request that the Court retain jurisdiction, in accordance with General Order 56, over the parties' settlement agreement.

　　　　Dated: February 18, 2019　　　*/s/ Irakli Karbelashvili*
　　　　　　　　　　　　　　　　　　Irakli Karbelashvili, Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　RACHELLE RIDOLA

Dated: February 18, 2019   */s/ Bruce Nielson*
Bruce Neilson, Attorney for Defendant
BLUE CREEK PROPERTIES, LLC & TOM CHAU

**Filer's Attestation**

I hereby attest that I received the concurrence of Bruce Nielson, Esq. in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause having been shown, this case is dismissed with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement. The Case Management Conference scheduled for February 27, 2019 is vacated. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: February 19, 2019



_____
Judge

Page 3 of 3
STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE